-1-

**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV - _____**

| | |
|---|---|
| Donna Cohen and Jonathan Cohen, | |
| Plaintiffs, | **COMPLAINT** |
| v. | |
| Encore Capital Group, Inc. d/b/a Midland Credit Management, Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**JURISDICTION**

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

2. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

**PARTIES**

3. Plaintiff Donna Cohen is a natural person who resides in the City of Overland Park, County of Johnson, State of Kansas, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

4. Plaintiff Jonathan Cohen is a natural person who resides in the City of Overland Park, County of Johnson, State of Kansas, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Defendant Encore Capital Group, Inc. d/b/a Midland Credit Management, Inc. (hereinafter "Defendant MCM") is a foreign corporation and a collection agency operating from an

-1-

J:\9000\10000\10406 Cohen v. MCM\Complaint.doc

address of 16 McLeland Road, St. Cloud, MN 56303, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

6. Sometime prior to June 5, 2006, a consumer named Jonathan K. Cohen incurred a consumer debt as that term is defined at 15 U.S.C. § 1692a(5) with the Associates.

7. The Associates account was then transferred to Defendant MCM for collection.

8. Defendant MCM somehow obtained Plaintiffs' home residential telephone number through skip tracing and began calling on or about June 5, 2006.

9. During this initial telephone communication Defendant MCM's female agent and Plaintiff Donna agreed that the Associates account Defendant MCM was attempting to collect did not belong to her husband Jonathan M. Cohen but instead to a Jonathan K. Cohen.

10. Further, Defendant MCM's female agent also verified that the Jonathan K. Cohen Defendant MCM was looking for had a social security number ending with four digits different than Plaintiff Jonathan M. Cohen.

11. Plaintiff Donna requested that the calls to her home cease and that her home telephone number be removed from Defendant MCM's system.

12. Defendant MCM's female agent confirmed the request would be honored.

13. Despite this understanding and promise by Defendant, Defendant MCM continued its illegal collection campaign misdirected at Plaintiffs and specifically called Plaintiffs on June 25, July 12, September 12, November 30, December 1, and December 3, 2006, in violation of 15 U.S.C. § 1692d.

J:\9000\10000\10406 Cohen v. MCM\Complaint.doc

14. Moreover, Defendant MCM sent dunning letters to Plaintiff Jonathan dated August 3 and September 13, 2006, in violation of 15 U.S.C. §§ 1692d and 1692e.

## TRIAL BY JURY

15. Plaintiffs are entitled to and hereby demand a trial by jury.  US Const. amend. 7.  Fed. R. Civ. Pro. 38.

## CAUSES OF ACTION

## COUNT I.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. § 1692 et seq.

16. Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. The foregoing acts and omissions of Defendant MCM constitute numerous and multiple violations of the FDCPA, including but not limited to each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

18. As a result of Defendant MCM's violations of the FDCPA, Plaintiffs have suffered out-of-pocket expenses and therefore Plaintiffs are entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant MCM for each Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that judgment be entered against Defendant MCM for:

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant for each Plaintiff;
- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant for each Plaintiff;

J:\9000\10000\10406 Cohen v. MCM\Complaint.doc

-4-

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant for each Plaintiff; and
- for such other and further relief as may be just and proper.

Respectfully submitted,

Dated this 4th day of January, 2007.            **ATTORNEY FOR PLAINTIFFS**


By:  s/Thomas J. Lyons, Jr.
**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #0249646
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707

-4-

-5-

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF</u>

STATE OF KANSAS              )
                                    ) ss
COUNTY OF <u>JOHNSON</u>     )

       Donna Cohen, having first been duly sworn and upon oath, deposes and says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.


                                   s/Donna Cohen
                                   Donna Cohen

Subscribed and sworn to before me
this <u>29th</u> day of December, 2006.


s/Asresash Belaye
Notary Public

-5-

J:\9000\10000\10406 Cohen v. MCM\Complaint.doc

-6-

## VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF

STATE OF KANSAS                      )
                                     ) ss
COUNTY OF  JOHNSON                   )

      Jonathan Cohen, having first been duly sworn and upon oath, deposes and says as follows:

6.  I am the Plaintiff in this civil proceeding.
7.  I have read the above-entitled civil Complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
8.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
9.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
10. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.


                                    s/Jonathan Cohen
                                    Jonathan Cohen

Subscribed and sworn to before me
this 29th day of December, 2006.


s/Asresash Belaye
Notary Public

-6-